UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ZACHARY DASKO,<br><br>Defendant. | Magistrate Case No.: **'22 MJ02515**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count One

On or about September 11, 2021, within the Southern District of California, defendant DANIEL ZACHARY DASKO, did knowingly distribute a visual depiction, that is a digital and computer image, using any means or facility of interstate and foreign commerce and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//

//

1   And the complainant states that this complaint is based on the attached Statement

2   of Facts incorporated herein by reference.

3

4   _Daniel P. Evans_
    _____
    Daniel P. Evans, Special Agent

5   Federal Bureau of Investigations

6

7   Attested to by the applicant in accordance with the requirements of Fed. R. Crim.

8   P. 4.1 by telephone on this 13th day of July, 2022

9

10  _Daniel E. Butcher_
    _____
11  HONORABLE DANIEL E. BUTCHER

12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              2

28

STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April of 2005.  I am currently assigned to the Human Trafficking Squad of the San Diego Field Office, where I primarily investigate crimes involving child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography.  This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

In July 2021, the Philadelphia Division of the FBI received a National Center for Missing and Exploited Children (NCMEC) Cybertip regarding a subject's online storage account, wherein the user uploaded a file depicting child pornography. The owner of the account (hereinafter referred to as "PHILADELPHIA SUBJECT") was identified as a teacher in the Philadelphia area. FBI Philadelphia executed a search warrant on the PHILADELPHIA SUBJECT'S residence. Pursuant to the warrant, an iPhone was seized and searched. A review of the PHILADELPHIA SUBJECT'S iPhone revealed numerous conversations regarding child pornography using a social media application; both trading and producing by baiting minor victims to send nude photos or videos, or getting the minor to go live online and be screen-recorded. The PHILADELPHIA SUBJECT and other coconspirators would pose as females on social media sites in order to chat with the victims.

During the review of the social media application messages another subject known as "ALEX" located in New York (hereinafter referred to was as "NEW YORK SUBJECT") was found to be conspiring with PHILADELPHIA SUBJECT and others to bait PHILADELPHIA SUBJECT'S own middle school students in to manufacturing child pornography.

3

Both PHILADELPHIA SUBJECT and NEW YORK SUBJECT have been arrested and charged with criminal violations related to their activities on the social media application.

Investigators continued their review of the communications on the social media application in order to identify additional targets.  One of those targets, using the name "MR. PICKLES" was communicating with PHILADELPHIA SUBJECT.   MR. PICKLES and PHILADELPHIA SUBJECT communicated over the social media application from at least October 3, 2020 to October 3, 2021, during which time they exchanged over 3,671 messages, to include numerous of image and video files. The majority of these messages were conversations about sexually exploiting children they knew or met online. On numerous occasions in the chats between PHILADELPHIA SUBJECT and MR. PICKLES, they discussed providing names and social media accounts for minor males to NEW YORK SUBJECT in hopes that NEW YORK SUBJECT would be able to obtain sexually explicit material from the minors. The chat conversations from the NEW YORK SUBJECT'S device had been deleted prior to his arrest and could not be recovered by investigators.

Due to the fact that the PHILADELPHIA SUBJECT'S phone was processed while disconnected from all networks, the content of many of the image and video files were not viewable and showed up in the chat as "empty file." However, the chats following the "empty file" described the content.  While reviewing the messages with MR. PICKLES, agents discovered chats that are indicative of an individual with a sexual interest in minors. For example, the following chat messages are from a conversation between MR. PICKLES and PHILADELPHIA SUBJECT on October 3, 2020:

| MR. PICKLES | *have u done stuff with younger boys?* |
|---|---|
| PHILADELPHIA SUBJECT | *What is ur fave age* |

| MR. PICKLES | *10+* |
|---|---|
| MR. PICKLES | *Give or take a few years* |
| PHILADELPHIA SUBJECT | *"done stuff" ?* |
| PHILADELPHIA SUBJECT | *hott* |
| MR. PICKLES | *Ya like clearly we all have an interest in boys, but have you had the chance to like jerk off a boy, or suck or anything. Maybe you have a son or a nephew, neighbor, boy you babsit, kid on grindr* |

MR. PICKLES also discussed using a different social media application to meet minor males and record their sexually explicit encounters using QuickTime on his computer.    On or about December 21, 2020, MR. PICKLES and PHILADELPHIA SUBJECT had the following exchange:

| PHILADELPHIA SUBJECT | *Is this a boy you talked to???* |
|---|---|
| MR. PICKLES | *Yup* |
| PHILADELPHIA SUBJECT | *Omg he's perfect* |
| MR. PICKLES | *13* |
| PHILADELPHIA SUBJECT | *I just got instantly hard* |
| MR PICKLES | *LOL* |
| PHILADELPHIA SUBJECT | *When was that?* |
| MR PICKLES | *Last night* |
| PHILADELPHIA SUBJECT | *\*heart eye emoji\** |
| PHILADELPHIA SUBJECT | *Nice find* |

On or about January 26, 2021, MR. PICKLES and PHILADELPHIA SUBJECT communicated on the social media application about "ALEX" communicating with minors, who are known to MR. PICKLES:

| MR. PICKLES | *I sent Alex a few more of my kids. Here's hoping one pans out.* |
| MR. PICKLES | *Your kids seem much more willing* |
| PHILADELPHIA SUBJECT | *My kids are not willing at all! I was 0 for 100+ until a few weeks ago* |

On or about September 11, 2021, and as detailed below, a minor male, known to MR. PICKLES, sent a video of himself masturbating to "ALEX" (NEW YORK SUBJECT).  The video was sent to MR. PICKLES by "ALEX".  As detailed below, MR. PICKLES then distributed the video to PHILADELPHIA SUBJECT:

| MR. PICKLES | *\*sent image depicting a minor male taking a selfie in a mirror wearing boxer shorts. Displayed at the top of the screen is a username in the format firstname.lastname[1]\** |
| PHILADELPHIA SUBJECT | *Alex got that pic from him? Hawwwtie* |
| MR. PICKLES | *Ya that's [redacted name]* |
| PHILADELPHIA SUBJECT | *The ribs \*emoji\** |
| MR. PICKLES | *Alex talked to him last year and only got a blurry boxers pic from him.* |

---

[1] Name is redacted to protect minor victim's identity.

6

| MR. PICKLES | *Guess he's just kept alex around when he got horny* |
|---|---|
| MR. PICKLES | ***sent video of minor male masturbating**** |
| PHILADELPHIA SUBJECT | *Ooh he got him got him!* |
| PHILADELPHIA SUBJECT | *[redacted name] reached out to Alex recently u mean?* |
| MR. PICKLES | *This morning* |
| PHILADELPHIA SUBJECT | *How old is he?* |
| MR. PICKLES | *13 I believe* |
| PHILADELPHIA SUBJECT | *That's some nice boy meat* |

The video clearly depicts the minor male engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

Although MR. PICKLES never provided his true identity in the chats, steps were taken to identify him by statements he made during the chats about his employment and his recreational activities, as well as his religious preference, educational history and languages spoken. Ultimately, FBI agents believed that MR. PICKLES is **DANIEL ZACHARY DASKO** (**DASKO**), who resides and works in the San Diego area within the Southern District of California.

Based on the investigation, federal search warrants were authorized to search **DASKO'S** residence and person for child exploitation crimes. On July 13, 2022, those warrants were executed. Following the advisal and waiver of his *Miranda* rights, **DASKO** agreed to speak with agents about his online activities. He admitted he was MR. PICKLES, and the user of the social media account. Though he could not remember specific images and videos, he did admit that he would solicit others for images of minor males who were naked.

7

Pursuant to the search warrants, numerous devices were seized and will be forensically reviewed as this investigation is ongoing.

Based on my training and experience, I know that the use of the social media application requires the use of the Internet, and transmission of the video over the social media application is in and affecting interstate and foreign commerce.  Specifically, the visual depiction of the minor was transmitted from **DASKO** in San Diego, California to the subject in Philadelphia, Pennsylvania.