**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:  tscott@mckenziescott.com
            mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 3:22-cr-1715-LL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |
| Daniel Dasko, | |
| Defendant. | |

The United States of America, through Andrew Sherwood, Assistant United States Attorney, and the defendant, Daniel Dasko, through his counsel, jointly move to continue the motion hearing and trial setting from its current date, February 7, 2023, to March 13, 2023, or as soon thereafter as the Court may hear the matter.

## I.  THE PARTIES AGREE THERE IS GOOD CAUSE TO CONTINUE THE HEARING AND THAT TIME IS APPROPRIATELY EXCLUDED FROM THE SPEEDY TRIAL CLOCK.

The exchange of discovery in this case is ongoing and the defense was first able to review the alleged contraband less than a week ago alongside voluminous forensic files stemming from the Government's search of digital devices. Additionally, the Government has provided the defense with substantial discovery, including the content of Mr. Dasko's phone, in PDF form –

necessitating a time-consuming review by the defense to identify evidence that may be material to trial or prospective motions.

At the previous motion hearing, the Court orally ordered an exclusion of time under the Speedy Trial Act. The government and counsel for the defendant agree that time should continue to be excluded under the Speedy Trial Act so that appropriate discovery can be exchanged and so that defense counsel can adequately consider and prepare possible motions. Notwithstanding the parties' exercise of reasonable diligence, the parties are not prepared for the case to proceed to trial, and the defense is still evaluating what, if any, motions might be appropriate for resolution before setting the case for trial.

For these reasons, the parties agree that a continuance is appropriate and that time should be excluded through March 20, 2023, in order to avoid a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and to ensure adequate preparation for pretrial proceedings and trial, 18 U.S.C. § 3161(h)(7)(B)(ii). The denial of a continuance would unreasonably deny the parties reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, the ends of justice would be served by a continuance and that those interests outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

Dated: February 8, 2023              /s/ Marcus S. Bourassa
                                     MARCUS S. BOURASSA
                                     Attorney for Daniel Dasko

Dated: February 8, 2023              /s/ Andrew Sherwood [1]
                                     ANDREW SHERWOOD
                                     Assistant United States Attorney

---

[1] Mr. Sherwood has given his consent to this joint filing and the attachment of his signature. Bourassa Decl. ¶ 3.