**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
MCKENZIE SCOTT PC
1350 Columbia St, Suite 600
San Diego, CA 92101
Email: tscott@mckenziescott.com
          mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: 3:22-cr-01715-LL |
|---|---|
| Plaintiff, | ) Declaration of Marcus Bourassa in Support of Joint Motion to Continue Motion Hearing and Trial Setting |
| vs. | ) |
| Daniel Dasko, | ) |
| Defendant. | ) |

I, Marcus S. Bourassa, declare under penalty of perjury as follows:

1. I am counsel for defendant Daniel Dasko in this matter.
2. I make this declaration based upon my own personal knowledge.
3. I emailed an identical draft of the accompanying motion, declaration, and proposed order to Andrew Sherwood, a prosecutor handling this matter. He confirmed via email that I could file the motion captioned as a joint motion and affix his signature electronically.

Sworn February 8, 2023, in San Diego, California.

                                                    /s/ Marcus Bourassa
                                                    Attorney for Daniel Dasko