```
RANDY S. GROSSMAN
United States Attorney
ANDREW SHERWOOD
Assistant U.S. Attorney
California Bar No. 342419
New York No. 4518106
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9690

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22cr1715-LL |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF DOCUMENT** |
| DANIEL DASKO, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, Andrew Sherwood, the undersigned attorney, wish to withdraw Docket Number 59, Lodgment of Plea Agreement, filed on April 10, 2023. This document was filed in error.

Please feel free to call me if you have any questions about this notice.

DATED: April 10, 2023.

Respectfully submitted,

Randy S. Grossman
United States Attorney

*s/Andrew Sherwood*
ANDREW SHERWOOD
Assistant U.S. Attorney