Forfeiture Addendum
United States v. Daniel Zachary Dasko
<u>Case No. 22CR1715-LL</u>

Defendant's conviction will include forfeiture. This forfeiture addendum is incorporated into and part of Defendant's plea agreement, and the additional terms and warnings below apply.

A.   <u>PENALTY.</u>

Defendant understands that in addition to the penalties set forth in the plea agreement, federal law states Defendant must forfeit to the United States all the Defendant's interest in all visual depictions, all property real and personal, constituting, or traceable to gross profits or proceeds of the offense, and all property used or intended to be used to commit or to promote the commission of the offense. Defendant understands that forfeiture is a mandatory penalty in this case.

In addition to pleading guilty to Count 1 of the Indictment, as set forth in Section I of the main agreement, Defendant agrees to forfeit to the United States all items seized from Defendant on or about July 13, 2022, which contained child pornography or were used by defendant to obtain, store or distribute child pornography including the following:

1. One black Apple iPhone.
2. Seagate external storage device
3. Apple Mac Book Air

B.   <u>BASIS FOR FORFEITURE</u>

Defendant agrees all the forfeitable property seized in connection with this case is subject to forfeiture pursuant to Title 18, United States Code, Section 2253.

C. **IMMEDIATE ENTRY OF PRELIMINARY ORDER OF FORFEITURE**

Defendant consents and agrees to the immediate entry of a preliminary order of forfeiture upon entry of the guilty plea. Defendant further agrees that upon entry of the preliminary order of forfeiture, such order will be considered final as to defendant's interests in the property described above.

In addition, Defendant agrees to immediately withdraw any claims to any and all properties seized in connection with this case in any pending administrative or civil forfeiture proceedings, and consents to and agrees to not contest the forfeiture of all properties seized in connection with this case. Defendant agrees to execute any and all documents requested by the Government to facilitate or complete the forfeiture process(es). Defendant further agrees not to contest or to assist any other person or entity in contesting the forfeiture of any properties seized in connection with this case in the forfeiture proceedings ancillary to this criminal case, and in any related administrative and civil forfeiture proceeding.

D. **ENTRY OF ORDERS OF FORFEITURE AND WAIVER OF NOTICE**

Defendant consents and agrees to the entry of orders of forfeiture for all properties and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. Defendant acknowledges that defendant understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the

- 2 -      Def. Initials ___

Court to advise defendant of this, pursuant to Rule 11(b)(1)(J), at the time the Court accepts the guilty pleas.

E. WAIVER OF CONSTITUTIONAL AND STATUTORY CHALLENGES

Defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. Defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding.

F. AGREEMENT SURVIVES DEFENDANT; NO FORFEITURE ABATEMENT

Defendant agrees that the forfeiture provisions of this plea agreement are intended to, and will, survive defendant, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement. The forfeitability of any particular property pursuant to this agreement shall be determined as if defendant had survived, and that determination shall be binding upon defendant's heirs, successors and assigns until the agreed forfeiture, including any agreed money judgment amount, is collected in full.

//
//
//

- 3 -    Def. Initials _____

The defendant understands that the main plea agreement and this forfeiture addendum embody the entire plea agreement between the parties and supersedes any other plea agreement, written or oral.

3/23/2023
Date

DANIEL ZACHARY DASKO
Defendant

Acknowledgment by Counsel:

3/23/2023
Date

MARCUS BOURASSA
TIMOTHY SCOTT
Defense Counsel

4/10/23
Date

ANDREW SHERWOOD
AMANDA GRIFFITH
Assistant U.S. Attorneys

Def. Initials