# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 22cr1715-LL |
| Plaintiff, | ORDER |
| V. | |
| Daniel Zachary Dasko, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Indictment .

Dated: 4/27/2023

_____
Hon. Linda Lopez
United States District Judge