**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:  tscott@mckenziescott.com
       mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br><br>　　　　Defendant. | Case No. 3:22-cr-1715-LL<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT SURGERY** |

　　　　Daniel Dasko, by and through his counsel, seeks an order permitting the temporary removal of his ankle monitor, in order to permit his scheduled kidney transplant surgery.

　　　　Mr. Dasko is currently scheduled to undergo surgery on July 18, 2023, in order to donate his kidney to his mother, Elyse Dasko. *See* Exhibit A. In order to avoid any hindrance of care for Mr. Dasko, Scripps Hospital has requested that the ankle monitor be removed on July 18, 2023, prior to the surgery. *Id*. Mr. Dasko will remain in the hospital for two to three days after the surgery, and the ankle monitor can be placed back on prior to his discharge. *Id*. Pretrial Services will remove the ankle monitor on July 18, 2023, and reinstall it prior to his discharge. Bourassa Decl. ¶ 4. At the request of Pretrial Services, Mr. Dasko will check in with Pretrial Services daily (via telephone from the hospital) for the period in which the ankle monitor is removed. *Id*. ¶ 4.

　　　　Neither Pretrial Services nor the United States of America has an objection to this request. *Id*. ¶¶ 4-5.

1  For the foregoing reasons, Mr. Dasko respectfully moves this Court for an order modifying
2  his conditions of release to permit the temporary removal of his ankle monitor, beginning on July
3  18, 2023, and continuing until the day he is discharged from the hospital.

Dated: July 5, 2023                    */s/ Marcus S. Bourassa*
                                        MARCUS S. BOURASSA
                                        Attorney for Daniel Dasko