**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
MCKENZIE SCOTT PC
1350 Columbia St, Suite 600
San Diego, CA 92101
Email: tscott@mckenziescott.com
　　　　mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No.: 3:22-cr-01715-LL |
|---|---|
| Plaintiff, | Declaration of Counsel in Support of Unopposed Motion to Modify Conditions of Release to Permit Surgery |
| vs. | |
| Daniel Dasko, | |
| Defendant. | |

I, Marcus S. Bourassa, declare under penalty of perjury as follows:

1. I am counsel for defendant Daniel Dasko in this matter.
2. I make this declaration based upon my own personal knowledge.
3. Attached as Exhibit A is a true and correct copy of the email correspondence sent by Michelle Meyer, Senior Director of Transplant Services at Scripps Hospital, regarding Mr. Dasko's kidney transplant surgery scheduled for July 18, 2023, and the necessity of removing his ankle monitor in order to complete the surgery.
4. I have conferred with Mr. Dasko's Pretrial Services officer, Daniel Kim, via email about this request, and he has no objection. Per Mr. Kim, Pretrial

Services plans to remove the ankle monitor on July 18, 2023, at the hospital, and reinstall it again prior to Mr. Dasko's discharge from the hospital. Pretrial Services requests that, following his surgery, Mr. Dasko telephonically check-in with Pretrial Services daily, until his discharge.

5. I have conferred with AUSA Mandy Griffith via email, and the United States of America has no objection.

Sworn July 5, 2023, in San Diego, California.

*/s/ Marcus Bourassa*
MARCUS S. BOURASSA
McKenzie Scott PC
Attorney for Daniel Dasko