**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:  tscott@mckenziescott.com
          mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br><br>  Defendant. | Case No. 3:22-cr-1715-LL<br><br>**JOINT MOTION TO CONTINUE SENTENCING** |

The United States of America, through Andrew Sherwood, Assistant United States Attorney, and the defendant, Daniel Dasko, through his counsel, jointly move to continue sentencing from its current date, July 31, 2023, to September 18, 2023, or as soon thereafter as the Court may hear the matter. This is the first request to continue sentencing. A continuance of sentencing is in the interests of justice and supported by good cause for the following reasons.

Mr. Dasko is currently scheduled to undergo surgery on July 18, 2023, in order to donate his kidney to his mother, Elyse Dasko. *See* Exhibit A. Mr. Dasko will have a recovery period following the surgery; a continuance of his sentencing will help ensure that he is clear of any complications from surgery and adequately recovered at the time of his sentencing date. It will further ensure he is able to safely meet with Counsel to prepare for sentencing. The parties, having met and conferred, agree a continuance to September 18, 2023, is appropriate for these reasons.

For the foregoing reasons, Mr. Dasko and the United States of America respectfully move this Court for an order continuing sentencing to September 18, 2023, or a date thereafter.

Dated: July 5, 2023 　　　　　　　　　　　*/s/ Marcus S. Bourassa*
　　　　　　　　　　　　　　　　　　　　　MARCUS S. BOURASSA
　　　　　　　　　　　　　　　　　　　　　Attorney for Daniel Dasko

Dated: July 5, 2023 　　　　　　　　　　　*/s/ Andrew Sherwood* [1]
　　　　　　　　　　　　　　　　　　　　　ANDREW SHERWOOD
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

---

[1] Mr. Sherwood has given his consent to this joint filing and the attachment of his signature. Bourassa Decl. ¶ 4.