**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
MCKENZIE SCOTT PC
1350 Columbia St, Suite 600
San Diego, CA 92101
Email: tscott@mckenziescott.com
         mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br><br>            Defendant. | Case No.: 3:22-cr-01715-LL<br><br>Declaration of Counsel in Support of Joint Motion to Continue Sentencing |

I, Marcus S. Bourassa, declare under penalty of perjury as follows:

1. I am counsel for defendant Daniel Dasko in this matter.

2. I make this declaration based upon my own personal knowledge.

3. Attached as Exhibit A is a true and correct copy of the email correspondence sent by Michelle Meyer, Senior Director of Transplant Services at Scripps Hospital, regarding Mr. Dasko's kidney transplant surgery scheduled for July 18, 2023.

4. I emailed an identical draft of the accompanying motion, declaration, and proposed order to Andrew Sherwood, a prosecutor handling this matter. He

1

confirmed via email that I could file the motion captioned as a joint motion and affix his signature electronically.

Sworn July 5, 2023, in San Diego, California.

*/s/ Marcus Bourassa*
MARCUS S. BOURASSA
McKenzie Scott PC
Attorney for Daniel Dasko