# EXHIBIT A

to Marcus Bourassa Declaration
in Support of Joint Motion to Continue Sentencing



Marcus Bourassa &lt;mbourassa@mckenziescott.com&gt;

## Scripps Organ Transplant

1 message

**Meyer, Michelle**                                            Thu, Jun 29, 2023 at 8:17 AM
To: "mbourassa@mckenziescott.com" &lt;mbourassa@mckenziescott.com&gt;
Cc: "bperez@mckenziecottcom"

Hello Mr. Bourassa,

My name is Michelle Meyer, Sr. Director of Transplant Services. Our patient, Mr. Dasko has given us recent consent to speak with you regarding a scheduled lifesaving surgery for his mother on 7/18/2023 to which Mr. Dasko will be donating a kidney at Scripps Green Hospital. We were recently made aware by Mr. Dasko that he has an ankle bracelet and is waiting for sentencing sometime in July.

We have spoken with our legal and risk representative to understand what is needed to proceed with this process and the next steps.

- Arrival to Scripps Green on 7/12/2023 for pre-surgical appointments and testing
- Arrival to Scripps Green on 7/18/2023 0500 in pre-op admission, ***without the ankle bracelet***. After surgery, patient will be admitted for 2-3 days and ankle bracelet to be placed back on prior to discharge.

Legal and risk felt the need was surrounding care of the patient. Should this be needed for the patient, with imaging and sort than the ankle bracelet could not be on and would hinder care of the patient and ruin the machines. They felt that security at the facility could make periodic rounds and checks to the patient if that was needed.

We understand there is a process on your end with possibly district attorney and others, but happy to jump on a call or further discussion if you need it.

Thanks

Michelle


**Michelle Meyer, RN, PHN, CCRN-K, MBA, MSN | Senior Director, Transplant Services**

**Organ and Bone Marrow Transplant**

**Scripps Green Hospital |**



Connect with Scripps:

[Scripps.org](#) | [Facebook](#) | [Twitter](#) | [YouTube](#) | [Google+](#)

Thi e mail and any file tran mitted with it may contain privileged and confidential information and are intended olely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail or any of its attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the ending individual or entity by e mail and permanently delete the original e mail and attachment( ) from your computer system. Thank you.