UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br><br>    Defendant. | Case No.: 3:22-cr-01715-LL<br><br>[Order Granting Joint Motion to Continue Sentencing |

    For the reasons stated in the joint motion and Good Cause having been shown, the motion to continue sentencing is GRANTED. Sentencing in this matter is continued to September 18, 2023, at 2:00pm.

    **IT IS SO ORDERED.**

DATED: 7/5/2023

_____

HON. LINDA LOPEZ

United States District Judge

1