ANDREW R. HADEN
Acting United States Attorney
AMANDA L. GRIFFITH
Assistant United States Attorney
California Bar No. 243854
ANDREW SHERWOOD
Assistant United States Attorney
California Bar No. 342419
New York Bar No. 4518106
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8970
Email: mandy.griffith@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22CR1715-LL |
|---|---|
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION TO PRESENTENCE REPORT |
| v. | |
| DANIEL ZACHARY DASKO, | |
| Defendant. | |

    Daniel Zachary Dasko filed an objection to the Presentence Report (PSR) regardings the addition of an upward adjustment pursuant to U.S.S.G. § 3B1.3, Abuse of a Position of Trust.  Dkt. 75.  An addendum to the PSR was filed on September 11, 2023, removing the two-level enhancement.  Dkt. 77.

    The United States concurs with the objection and subsequent withdrawal of the two-level enhancement and will abide by the terms of the plea agreement.  Dkt. 65.  Though the application of this sentencing enhancement may be applicable in other situations

involving an individual in a position of trust, the facts of this case do not support the applicability of this enhancement.

Date:  September 12, 2023

Respectfully submitted,

ANDREW R. HADEN
Acting United States Attorney

*/s/ Amanda L. Griffith*
AMANDA L. GRIFFITH
ANDREW SHERWOOD
Assistant U.S. Attorneys