SENTENCING SUMMARY CHART                                         USPO [ ☐ ]
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]               AUSA [ ☒ ]
Sentencing Date: September 18, 2023                              DEF  [ ☐ ]

Defendant's Name: Daniel Zachary Dasko          Docket No.: 22CR1715-LL

Attorneys' Name: AUSAs Amanda Griffith and Andrew Sherwood   Phone No.: 619-546-8970

Guideline Manual Used: November 1, 2021          Agree with USPO Calc.: Yes ☒ No ☐

| | |
|---|---:|
| Base Offense Level(s): USSG § 2G2.1(a) | 32 |
| Specific Offense Characteristics: | |
| USSG § 2G2.1(b)(1)(B) - Involved a Minor at least 12 years of age but not 16 years old | +2 |
| USSG § 2G2.1(b)(3) – Distribution | +2 |
| USSG § 2G2.1(b)(2)(6) – Use of a Computer | +2 |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 35 |

Supervised Release Range (based on Total Offense Level): five years to life

Fine Range (based on Total Offense Level): $ 40,000 to $ 250,000

Criminal History Score: 0

Criminal History Category: 1

____ Career Offender     ____ Armed Career Criminal

Guideline Range:                              from  168 mths
                                                to  210 mths

RECOMMENDATION:                     210 months custody
GOVERNMENT ALSO RECOMMENDS:         15 years Supervised Release, No Fine, $100 SA,
                                    No additional assessments pursuant to 18 U.S.C.
                                    §§ 2259A or 3014 in lieu of restitution