# EXHIBIT 1

From: 1279402867 Mr Pickles

Omegle is slim picking right now.

12/23/2020 4:31:15 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4748F8E (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Don't give up hope. There's gotta be some nice 12yos with tight bodies and no parental supervision

12/23/2020 4:32:58 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x4748EAD (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Lol.

12/23/2020 4:33:14 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4748E43 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

I'm not worried about the lack of supervision. I'm just looking for those who are questioning their sexuality and wanna just whip it out

12/23/2020 4:33:59 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x4748D52 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Or are just bored horny and dumb and wanna show their dicks

12/23/2020 4:34:41 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-
4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x4748CB1
(Size: 152555520 bytes)

# EXHIBIT 2

From: 1279402867 Mr Pickles

I sent Alex a ton of boys from schools I work at. All of them were a bust.

12/21/2020 12:46:41 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x472992E (Size: 152555520 bytes)

From: 578672700 mr p (owner)

So sad

12/21/2020 12:47:48 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x4729888 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Is this a boy you talked to???

12/21/2020 12:47:57 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x47297CA (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Yup

12/21/2020 12:48:05 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x1C54E90 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Omg he's perfect

12/21/2020 12:49:08 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x1C54E04 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

13

12/21/2020 12:49:25 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54D9C (Size: 152555520 bytes)

From: 578672700 mr p (owner)

I just got instantly hard

12/21/2020 12:49:46 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54A51 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

LOL

12/21/2020 12:49:52 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C549E8 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

When was that?

12/21/2020 12:50:03 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54960 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Last night

12/21/2020 12:50:07 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C548F0 (Size: 152555520 bytes)

From: 578672700 mr p (owner)



12/21/2020 12:53:20 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54872 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Nice find

12/21/2020 12:53:28 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C547EF (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Are you on computer or phone when you are on Omegle?

12/21/2020 12:54:14 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite :
0x1C54F66 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Computer

12/21/2020 12:54:32 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54EF8 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

What do you use to record it?

12/21/2020 12:54:46 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54758 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Just QuickTime

12/21/2020 12:54:55 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C546E4 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

You can do sound then right?

12/21/2020 12:55:21 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C5464E (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

I believe so. My mic is switched off so maybe it doesn't record their sound? Idk

12/21/2020 12:58:45 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x1C54CE5 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

What mic is switched off? Wdym

12/21/2020 1:00:33 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C54402 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

My computer microphone. I turn it off so they can't hear me in the background.
Not sure if that affects it picking up their sound when they talk

12/21/2020 1:01:10 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x1C54309 (Size: 152555520 bytes)

# EXHIBIT 3

From: 1279402867 Mr Pickles

Time to hunt for boys

12/24/2020 11:33:33 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4819A93 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Attachments:



Size: 0
(Empty File)

12/24/2020 11:33:49 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x48195B3 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

 g'luck

12/24/2020 11:33:52 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x481952A (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

That's the 11yo from last night

12/24/2020 11:33:59 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x48194A3 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

oh you got him recorded niiice

12/24/2020 11:34:11 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x481932A (Size: 152555520 bytes)

# EXHIBIT 4

From: 578672700 mr p (owner)

(For some reason the second vid doesn't work)

3/20/2021 10:23:11 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-
4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite :
0x57CAD19 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Attachments:



Size: 0
(Empty File)

3/20/2021 10:23:19 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57CAC8C (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Same thing happened to me

3/20/2021 10:23:24 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57CAC0D (Size: 152555520 bytes)

From: 578672700 mr p (owner)

How old is he

3/20/2021 10:23:49 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4F1C (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Guess

3/20/2021 10:23:56 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4EB1 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Recently 11

3/20/2021 10:24:18 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4E2C (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

9

3/20/2021 10:24:23 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4DC5 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Whaaa

3/20/2021 10:24:27 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4D46 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Should I feel guilty for getting hard then

3/20/2021 10:24:47 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4CA2 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

He's cute regardless.

3/20/2021 10:25:01 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4C25 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Totally

3/20/2021 10:25:12 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4B60 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

He's got a huge ass

3/20/2021 10:25:20 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4AE6 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

I'd fuck it

3/20/2021 10:25:26 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4A5F (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

I just wanna boop it. See how thick it is

3/20/2021 10:25:46 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D49D0 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Just go boop

3/20/2021 10:25:50 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4FA3 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Hahahaha

3/20/2021 10:25:57 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D494D (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

He's got a big dick

3/20/2021 10:26:09 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D48D3 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Like look at his vs 

3/20/2021 10:26:18 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D4857 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Same size

3/20/2021 10:27:32 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D47E9 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

**Attachments:**

Size: 0
(Empty File)

3/20/2021 10:27:33 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57D44C6 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

I should send to ⬛ the comparison and tell him he matches up to a 9yo

3/20/2021 10:28:04 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x57D4404 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Lol. I don't imagine that would go over well

3/20/2021 10:28:27 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57DBF1A (Size: 152555520 bytes)

From: 578672700 mr p (owner)

Maybe he would have to prove he's gotten bigger over the past few months

3/20/2021 10:28:56 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x57DBE55 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Be like prove yours is bigger now.
Maybe  will show Alex if he's grown again.

3/20/2021 10:28:58 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x57DBD9C (Size: 152555520 bytes)

From: 578672700 mr p (owner)

☺ ☺

3/20/2021 10:29:16 AM(UTC-4)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x57DBD18 (Size: 152555520 bytes)

# EXHIBIT 5

From: 1279402867 Mr Pickles

Some students have iPads from the district. I look through the cute kids iPads. See if they have any naughty pics.

12/21/2020 1:58:13 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x352334F (Size: 152555520 bytes)

From: 578672700 mr p (owner)

oh fuck thats awesome

12/21/2020 1:59:41 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x35232D4 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

that'd be amazing if someone did but quite a long shot

12/21/2020 1:59:59 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x3523239 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Some kids are stupid. But not that dumb apparently.

12/21/2020 2:00:18 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x35231A0 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

i once had left a porn site up on my school ipad and was working with a kid 1-on-1 after school when i opened my ipad.....i'd say it's a 50/50 chance he saw what was on my screen

12/21/2020 2:01:02 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x473AEFD (Size: 152555520 bytes)

# EXHIBIT 6

From: 578672700 mr p (owner)

i bet he'd like what you'd do to his body

12/21/2020 2:19:37 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4727A47 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Perhaps yes

12/21/2020 2:19:51 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x47279D6 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

So before we're back in session I did some tutoring. One of my kids was 5 with autism. I saw him on the toilet sitting there playing with his dick to get a boner.

12/21/2020 2:23:24 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x47278CD (Size: 152555520 bytes)

From: 578672700 mr p (owner)

startin early huh

12/21/2020 2:23:45 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4727856 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Totally.

12/21/2020 2:23:51 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x47277E9 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

did he need help with that?

12/21/2020 2:23:55 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4727769 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Idk if he understood it though

12/21/2020 2:23:59 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4737B78 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

And he needed help pulling up his lil undies.

12/21/2020 2:24:10 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-
4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite :
0x4737AE6 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

😊😊

12/21/2020 2:24:28 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4737A78 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

randomly came across this internet boy pic just now...you've prolly seen him before but
daaamn

Attachments:



Size: 0
(Empty File)

12/21/2020 2:25:04 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x4737C78 (Size: 152555520 bytes)

# EXHIBIT 7

From: 578672700 mr p (owner)

so  a bunch went around shirtless in the bunk house

12/21/2020 2:10:40 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite :
0x4746862 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

You probably saw lots of hairless pits

12/21/2020 2:10:58 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x47467D6 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

indeed

12/21/2020 2:11:05 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x474676A (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

I coach hockey too and I had a boy on Saturday I was helping wit his hockey pants. The
smoothest stomach. Nice and tan. Innie belly button.

12/21/2020 2:11:46 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x47467A (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

He was 11. Pretty tall, bit of a mustache starting to form. No treasure trail yet.

12/21/2020 2:12:05 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-4C42-9E08-
D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x474630C (Size: 152555520 bytes)

From: 578672700 mr p (owner)

oh fuck yes that's hot

12/21/2020 2:12:21 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4746290 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Tan belly too

12/21/2020 2:12:26 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x474621E (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Smooth and lean

12/21/2020 2:12:32 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x47461AA (Size: 152555520 bytes)

From: 578672700 mr p (owner)

you bump your finger into his tummy

12/21/2020 2:12:37 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x4746122 (Size: 152555520 bytes)

From: 1279402867 Mr Pickles

Well I had to tie the pants for him so of course I did

12/21/2020 2:12:50 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite :
0x4746086 (Size: 152555520 bytes)

118

From: 1279402867 Mr Pickles

His mom was standing right there tho sooo

12/21/2020 2:12:59 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C45F86 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

omg

12/21/2020 2:13:09 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C45F1D (Size: 152555520 bytes)

From: 578672700 mr p (owner)

awesome

12/21/2020 2:13:12 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C45EB1 (Size: 152555520 bytes)

From: 578672700 mr p (owner)

mom there makes it hotter even tho you were more limited

12/21/2020 2:13:19 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-F1DC-
4C42-9E08-D42FAC345BC1/telegram-data/account-1576239157810624511/postbox/db/db_sqlite : 0x1C45E14
(Size: 152555520 bytes)

From: 1279402867 Mr Pickles

I'm trying to get his info.

12/21/2020 2:13:31 PM(UTC-5)

Source Extraction:
File System
Source Info:
00008020-
000D68491EF8003A_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/552E4827-
F1DC-4C42-9E08-D42FAC345BC1/telegram-data/account-
1576239157810624511/postbox/db/db_sqlite : 0x1C45D91 (Size: 152555520 bytes)