**USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS**
Offender Based
Fiscal Year 2022

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2G2.1 Sexually Exploiting a Minor by Production of Sexually Explicit Visual or Printed Material; Custodian Permitting Minor to Engage in Sexually Explicit Conduct; Advertisement for Minors to Engage in Production | 738 | 1.2 |
| (a) Base offense level 32 | 738 | 100.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 736 | 99.7 |
| (b)(1)(A) Minor less than 12 years of age (4 levels) | 340 | 46.1 |
| (b)(1)(B) Victim at least 12 years of age but less than 16 (2 levels) | 324 | 43.9 |
| (b)(2)(A) Offense involved the commission of a sexual act or sexual contact (2 levels) | 488 | 66.1 |
| (b)(2)(B) Offense involved the commission of a sexual act and conduct as described in 18 U.S.C. § 2241(a) or (b) (4 levels) | 28 | 3.8 |
| (b)(3) Defendant knowingly engaged in distribution (2 levels) | 281 | 38.1 |
| (b)(4)(A) Offense involved portrayal of sadistic/masochistic conduct or other depictions of violence (4 levels) | 111 | 15.0 |
| (b)(4)(B) Offense involved portrayal of an infant or toddler (4 levels) | 71 | 9.6 |
| (b)(5) Defendant was a parent/relative/legal guardian of the minor or minor in custody/care/control of defendant (2 levels) | 353 | 47.8 |
| (b)(6)(A) Misrepresentation to facilitate the travel of a minor to engage in sexually explicit conduct to produce sexually explicit material (2 levels) | 56 | 7.6 |
| (b)(6)(B)(i) Computer used to facilitate the travel of a minor to engage in sexually explicit conduct to produce sexually explicit material (2 levels) | 177 | 24.0 |
| (b)(6)(B)(ii) Computer used to solicit participation by or with a minor in sexually explicit conduct to produce sexually explicit material (2 levels) | 117 | 15.9 |

## Table 1: Statutes and Guidelines Concerning Sex Offenses Against Children

| Statutes | Guideline | Cross Reference(s) | Number of Analyzed Cases*** | Current BOL (Sentence Range in Months)* | Proposed BOL (Sentence Range in Months)** | Current Average Sentence (Months) |
|---|---|---|---|---|---|---|
| 18 U.S.C. §§ 2241; 2242; 2423(b) | 2A3.1 criminal sexual abuse | 2A1.1 | 130 | 27 (70-87) | No change | 130 |
| 18 U.S.C. §§ 2243(a); 2423(b) | 2A3.2 criminal sexual abuse of a minor (statutory rape) | 2A3.1 | 52 | 15 (18-24) | No change | 21 |
| 18 U.S.C. § 2244(a)(1),(2),(3) | 2A3.4 abusive sexual contact | 2A3.1; 2A3.2 | 103 | 10-16 (6-27) | No change | 22 |
| 8 U.S.C. § 1328; 18 U.S.C. §§ 2421; 2422(b); 2423(a) | 2G1.2 transportation of a minor for purposes of prostitution or prohibited sexual conduct | 2A3.1; 2A3.2; 2A3.4; 2G2.1 | 10 | 16 (21-27) | 19 (30-37) | 44 |
| 18 U.S.C. § 2251 (a),(b),(c)(1)(B) | 2G2.1 sexual exploitation of a minor by production of material | | 22 | 25 (57-71) | 27+2 for computer use (70-87) | 79 |
| 18 U.S.C. §§ 2251(c)(1)(A); 2252(a)(1),(2),(3) | 2G2.2 trafficking in child pornography | 2A3.1; 2A3.2; 2A3.4; 2G2.1 | 66 | 15 (18-24) | 17+2 for computer use (24-30) | 29 |
| 18 U.S.C. § 2252(a)(4) | 2G2.4 possession of child pornography | 2G2.1; 2G2.2 | 24 | 13 (12-18) | 15+2 for computer use (18-24) | 15 |

* The sentencing range listed would apply only to first-time offenders and does not reflect any of the adjustments that may result in a higher or lower sentence.

** The sentencing range listed would apply only to first-time offenders and does not reflect either the adjustments that may result in a higher or lower sentence or the two-level increase listed for computer use.

*** Sixteen additional cases convicted under the pornography statutes were cross-referenced to the sexual abuse guidelines. These cases were not included in the analysis of the sexual abuse guidelines because Congress requested an analysis of cases by statute of conviction.