| Sentence (months) | District | Case number | Defendant Name (FN LN) | News Coverage | Search Period | Filings Public? | Production? | Hands on? | Guideline Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | S.C. | 15-cr-132-BHH | Daniel Ray Archer | https://www.greenvilleonline.com/story/news/local/2014/12/13/greenville-county-teachers-face-child-porn-charges/20368449/ | Google 2014 | Some | ? | ? | ? | |
| 60 | S.D. TX | 18-cr-00207 | Parker Pendergraph | https://www.caller.com/story/news/crime/2018/07/19/corpus-christi-band-teacher-sentenced-distributing-child-pornography-parker-pendergraph/798430002/ | Google 2018 | Judgment | ? | ? | ? | |
| 121 | E.D. Tex. | 13-cr-00024-JDK | James Malone | https://www.kltv.com/story/23771893/henderson-high-school-teacher-sentenced-to-10-years-in-prison-for-child-pornography/ | Google 2013 | Some | No | No | ? | Large File sharing case, 4 y/o noted in files, bondage and other sadistic behaviors in the imagery. |
| 72 | N.D. FL | 13-mj-00241-CJK | Jeffrey Bruce Richards | http://www.northescambia.com/2013/12/escambia-high-teacher-arrested-on-child-porn-charges | Google 2013 | Some | No | No | 108-135 | "knowingly receiving child pornography from all over the world for at least the past ten years." "accumulated in excess of 100,000 videos and images of child pornography and child erotica. This included a plethora of videos and images containing illicit material that involved the same age range of the students the defendant taught" |
| 96 | N.D. FL | 14-cr-00202-JSM | Kenneth Dempsey | https://www.tampabay.com/news/courts/criminal/pasco-after-school-program-administrator-arrested-on-child-porn-charges/2176393/ | Google 2013 | Some | No | No | 151-188 | Elementary school PE Teacher. Collected lots of explicit material of minors. |
| 40 | N.D. OH | 14-cr-00242-JRA | Edward Dembiec | https://www.cleveland.com/metro/2014/07/inspector_lorain_teacher_recei.html | Google 2013 | Some | No | No | ? | "full-time elementary school teacher within the Lorain City School District since 1988" |
| 90 | S.D. FL | 14-cr-60048-KMW | Daniel Jonathan Gast | https://www.nbcmiami.com/news/local/music-teacher-from-broward-indicted-on-child-pornography-charges-authorities/1958671/ | Google 2013 | Some | No | No | ? | |
| 3 | S.D.NY | 15-cr-00139-LTS | Samuel Waldman | https://www.dailymail.co.uk/news/article-2574425/NY-rabbi-teacher-arrested-child-porn-case.html | Google 2014 | Yes | No | No | 63-78 | Explicit Materials Collection case. Defendant "acknowledged watching shocking videos, such as a video of grown men raping a three year old boy" |
| 48 | S.D. NY | 17-cr-00373-KMK | Nicholas Szucs | https://www.lohud.com/story/news/crime/2015/04/09/rippowam-cisqua-teacher-child-porn-charges/25524591/ | Google 2015 | Some | No | No | 121-151 | Music teacher, continued teaching private lessons during case and tried to get wife to destroy a computer before it could be searched/seized. |
| 156 | W.D. NY | 17-cr-06175-EAW | Roland Yockel | https://www.democratandchronicle.com/story/news/2017/11/21/brockport-kindergarten-teacher-allegedly-possessed-child-porn/887242001/ | Google 2017 | Yes | No | Yes | 151-188 | Large CP collection. admissions to fantasies about students and watching them in hope of seeing private parts. 7yo girl - "The defendant stated that over time, he began to purposely place the child in his lap so that her vagina and anus were in contact with his penis over clothing. The defendant also admitted to manipulating the child's clothes so that he could see her "private parts" when he picked her up. The defendant stated this aroused him and he would later masturbate while thinking about his interactions with the child. The defendant stated he wanted to physically touch the child, but that other people were usually in the room. Finally, he admitted that if he had the opportunity to be alone with the child, he would have touched her vagina or anus." |
| 78 | M.D. FL | 16-cr-00119-RB | Ricky Delano Sheppard | https://www.floridatoday.com/story/news/2016/06/03/brevard-principal-arrested-child-porn-investigation/85360658/ | Google 2016 | Some | No | No | 121-151 | |
| 84 | W.D. MI | 16-cr-00096-RJJ | Duane William Millar | https://www.freep.com/story/news/local/michigan/2017/02/07/teacher-sentenced-child-porn/97583838/ | Google 2017 | Some | No | No | 97-121 | |
| 180 | S.D. IA | 17-cr-00064-RGE | Michael Loren Ross | https://www.kwqc.com/content/news/Davenport-elementary-teacher-arrested-on-child-pornography-charges-431082863.html | Google 2017 | Some | No | No | 168-210 | Bad Explicit Materials Collection case while 5th grade teacher. In jail, continued to try to communicate with protected parties. |
| 18 | W.D. WA | 17-cr-00311-RSM | Gabriel Cronin | https://www.seattletimes.com/seattle-news/law-justice/former-seattle-academy-teacher-pleads-guilty-to-possessing-child-pornography/ | Google 2018 | Yes | No | No | 21-27 | Explicit Materials Collection case and admitted sexual fantasies about students |
| 18 | S.D. NY | 19-cr-00401-VSB | Jonathan Schweitzer | https://nypost.com/2019/04/03/bronx-high-school-teacher-arrested-for-possessing-child-porn/ | Google 2019 | Some | No | No | 135-168 | High School Teacher, "amassed an egregious collection of child pornograpy that was shared with other individuals" |
| 84 | S.D. Cal. | 20-CR-1932-BAS | Paul Torres | https://www.nbcsandiego.com/news/local/hsi-seeks-victims-of-former-san-diego-county-preschool-teacher-convicted-of-child-exploitation/2596666/ | Google 2020 | Yes | No | No | 108-135 | Violent Explicit Materials Collection involving infants. Distribution charges, but not production. Got a -3 for expeditious resolution. |
| 108 | M.D. PA | 13-cr-00065-WWC | Jeffrey Schmutzler | https://www.heraldmailmedia.com/story/news/local/2014/07/25/former-chambersburg-teacher-sentenced-to-nine-years-in-prison-for-child-por/45525739/ | Google 2013 | Some | No (but edited student faces onto CP) | No | ? | between November 27, 2005 and April 15, 2011, Schmutzler placed 33 separate orders for child pornography including approximately 100 DVD's or video and photo downloads [. . .] Officers also located two life-size anatomically correct male silicone dummies of mid to late teen boys and letters allegedly written by students about Schmutzler's sexual fantasies. [. . .] He also indicated that he wrote the fantasy letters and used Photoshop to cut and paste images of his students onto child pornography. Teacher who also owned and maintained an ice cream parlor. |

| Sentence (months) | District | Case number | Defendant Name (FN LN) | News Coverage | Search Period | Filings Public? | Production? | Hands on? | Guideline Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 156 | N.D. IL | 14-cr-00486 | John C. Vastis | https://abc7chicago.com/john-c-vastis-child-porn-charges-buffalo-grove-teacher/285035/ | Google 2013 | Yes | Yes | No | 135-190 | "I'd love to meet you sometime but I will admit I'm nervous that you might be a cop or something" Multiple cam masterbation incidents, including minor ejaculating on self |
| 504 | W.D. KY | 15-cr-00083-DJH | Partick Newman | https://www.wlky.com/article/former-trinity-teacher-pleads-guilty-in-child-porn-case-1/3760051# | Google 2015 | Some | Yes | ? | Guidelines = Life, 15 year minman, Govt rec 120 years | Getting teenage boys to send images or videos of themselves, longtime teacher. Said to some victims that he had sex with others. |
| 70 | N.D. NY | 15-cr-00269-TJM | Robert Snyder | https://www.ithacajournal.com/story/news/public-safety/2015/09/24/tompkins-substitute-teacher-accused-having-child-pornography/72729200/ | Google 2015 | Yes | Yes | No | 188-235 | Took pictures and videos of naked children abroad, collected lots of explicit materials. |
| 84 | S.D. NY | 15-cr-00338-PKC | Jon Cruz | https://www.riverdalepress.com/stories/teachers-child-pornography-arrest-shocks-bronx-science,56510? | Google 2015 | Yes | Yes | No | 135-168 | "Jon Cruz, a 31-year-old teacher and debate coach at the Bronx High School for Science in New York City." Paid teenage boys for pictures of their genitalia and engaged in sexual conversations with them. "They were kids the defendant knew needed money and, in many cases, they made clear they would do anything to get it." |
| 156 | N.D. OK | 16-cr-00043-jed | James Russell Wilson | https://www.ice.gov/news/releases/former-tulsa-teacher-sentenced-13-years-receiving-child-pornography | Google 2016 | Judgment | Yes | No | 156month result from binding plea agreement | Convinced a 12yo girl to send him a variety of self-made sexually explicit material. |
| 204 | S.D. TX | 16-cr-00221 | Jason Jion Johnson | https://abc13.com/hisd-teacher-child-porn-charges/1332031/ | Google 2016 | Some | Yes | No | 235-293 | 7th grade techer, hid secret camera at the school to record girls undressing, separate collectin of CP with very young girls (incl 5yo penetrated) |
| 720 | S.D. TX | 10-cr-00624 | Stephen Wayne Sudduth | https://www.amarillo.com/story/news/crime/2013/12/17/former-houston-kindergarten-teacher-sentenced-child-porn-case/13289647007/ | Google 2013 | Judgment | Yes | Yes | 2 counts, each statutory range 15-30 years | Teacher was pulling kindergarten aged girls' pants down and photographing privates in the classroom. Touching them as well. |
| 300 | D.C. | 13-cr-00313-RC | Eric Toth | https://archives.fbi.gov/archives/washingtondc/press-releases/2014/former-teacher-sentenced-to-25-years-in-prison-for-production-of-child-pornography-and-other-charges | Google 2014 | Yes | Yes | Yes | 292-365 | defendant was a counselor for boys in the third and fourth grades. [. . .] defendant took five photographs and two videos of child victim 1 while child victim 1 was sleeping. At the time, child victim 1 was 10 years old and the defendant was child victim 1's camp counselor. [. . .] videos focus on child victim 1's penis, which is exposed through a flap in his boxer shorts.<br>[LATER] Child victim 2 is not wearing a shirt and, during the video, the defendant pulls down the child's shorts and boxer shorts, exposing the child's penis.<br>[MORE LIKE ABOVE] ... then placed hidden cameras in school bathrooms... then he fled for years and did the same alsewhere. |
| 47 | CT | 14-cr-00150-RNC | Joseph Rajkumar | https://patch.com/connecticut/farmington/former-miss-porters-school-teacher-pleads-guilty-child-porn-charge-0 | Google 2014 | Yes | Yes | Yes | 63-78 | "teacher at an all-female residential high school in Farmington, Connecticut, sexually exploited one of his students over the course of several months and engaged in sexually explicit conversations with other young women students, grooming them for future sexual exploitation" [had sex with at least one student victim at school and coercing images out of her] |
| 2520 | M.D. FL | 14-cr-00175-RBD | Matthew Graziotti | https://www.wesh.com/article/local-teacher-to-face-federal-judge-on-child-porn-charges/4435322# | Google 2013 | Yes | Yes | Yes | 250 years. Guideline range = statutory maximum | 210y sentence, 30y consecutive on 7 counts.<br>"5th grade teacher; a summer camp director; a youth sports coach; and, a youth pastor seemingly devoted to the loving care and protection of children. [. . .] Graziotti sexually abused 29 children, all under the age of 12 and some as young as 6. [. . .] memorialized what he had done in photographs and videos that he had saved to his computer.[. . .] hundreds of videos and photographs of Graziotti sexually abusing the children as they appeared to be sleeping. Sadly, Graziotti abused some of the children on multiple occasions over a period of years." |
| 2280 | C.D. Cal | 14-cr-00183-CJC | Robert Ruben Ornelas | https://www.ocregister.com/2014/10/27/former-santa-ana-teacher-charged-with-sex-tourism-child-pornography/ | Google 2014 | Yes | Yes | Yes | 190 years. Guideline range = statutory maximum | "From March 2006 through his arrest in June 2013, defendant traveled extensively to the Philippines. (PSR ¶ 9.) During these repeated trips to the Philippines, defendant engaged in illicit sexual conduct" One of them was 9 years old, the other 10. Made videos and images of himself abusing the girls |
| 120 | E.D. Va. | 14-cr-00196-CMH | Corey R. Schock | https://www.c-ville.com/new-schock-allegations-federal-complaint-offers-most-detail-in-charges-against-former-venable-teacher/ | Google 2013 | Yes | Yes | Attempt | 10y = guideline range and min-man. Otherwise 70-87 | Elementary school teacher. He approaches teen girls online, masturbates with them over video and asks them for explicit images. He tries to convince one to meet him for sex IRL. He's doing it himself. |
| 138 | MA | 16-cr-40035-TSH | Scott Peeler | https://www.telegram.com/story/news/local/south-west/2016/11/29/southbridge-teacher-pleads-guilty-to-child-porn-charges/24454023007/ | Google 2016 | Some | Yes | No | Guidelines = life | "Peeler was convicted of soliciting, over years, hundreds of live streaming web shows depicting pre-pubescent children being sexually exploited. The videos solicited by Peeler included requests for pre-pubescent children having sex with not only adults, but also animals. This conduct occurred against a backdrop in which members of Peeler's family had previously confronted Peeler about his viewing of child pornography." (govt response to compassionate release motion)<br>PA - "admitted that he had discussed purchasing live sex shows involving children with individuals on a website, and admitted that he knew that the children involved in the sex shows he discussed were real children |
| 270 | UT | 15-cr-00645-TS | Chad Ryan Huntsman | https://www.thespectrum.com/story/news/local/cedar-city/2017/02/07/former-teacher-sentenced-22-years-federal-child-porn-charge/97593230/ | Google 2017 | Yes | Yes | ? | Guidelines = 360 to life, Gov rec 240, 15y minman | |

| Sentence (months) | District | Case number | Defendant Name (FN LN) | News Coverage | Search Period | Filings Public? | Production? | Hands on? | Guideline Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 168 | E.D. MI | 16-cr-20389-TLL | Mark Ranzenberger | https://www.freep.com/story/news/local/michigan/2016/05/19/mark-ranzenberger-cmu-child-porn/84627854/ | Google 2016 | Yes | Yes | Yes | 135-168 per plea agreement | From plea agreement - in addition to explicit material collection and secret clothed photos of students "Between approximately 1995 and 2002, RANZENBERGER sexually abused a minor under the age of 12 years old approximately three times per week. RANZENBERGER had sex between the minor's legs or masturbated and ejaculated on the minor." |
| 420 | MD | 17-cr-00402-PWG | Christopher Harris Speights | https://thebaynet.com/substitute-teacher-pleads-guilty-to-child-porn-production-html/ | Google 2018 | Judgment | Yes | Yes | ? | Surreptitiously filmed minors he coached while on trip. Catfishing minors posing as young women. Threatened to out them if not sending pics. 20+ minors he directly contacted. Pulled down minor's pants and photographed on trip. Picture of him fondling penis of another minor while chaperoning a 5th grade trip. Surreptitiously recorded two minor naked boys. |
| 120 | N.D. AL | 17-cr-00425-KOB | Charles Mark McCormack | https://www.timesfreepress.com/news/2018/apr/03/walker-teacher-sentenced-child-porn/ | Google 2018 | Yes | Yes | Yes | plea agreement called for 10 years. | Upskirt photo in class. Also, "In January 2015, a female student in Mr. McCormack's kindergarten class in Georgia accused him of touching her chest and genital area after he called her up to his desk. [. . .] Mr. McCormack had touched her private parts under her clothes, that she told him to "stop," and that he did this "every day." Surrepticious video of girl. Some catfishing as well. |