Victim statement:

To my victims - I'm sorry that I will never be able to make amends to you. I am sure you all carry this unwanted burden on your shoulders every day and will continue to do so for the rest of your lives. I am appreciative that some of you have chosen to speak out as you deserve to have your voices heard. I look back on what I did and feel sorrow and sadness. I always will and I deserve to carry a great burden for what I have done to you. I betrayed you and that is something that may be stuck with you forever. You all trusted me and deserved to be able to trust in me. I am truly sorry for all the pain and suffering I have caused each and every one of you. I cannot go back and fix what I have done and regardless of what happens today it will haunt me forever. I am so so sorry.

*Daniel Dasko*
9/12/23