Judge Lopez,

Everyday I deal with sadness from what I chose to do. I live with regret and always will. There is no good reason behind my choices. I do not blame the covid lockdown, depression, loneliness, unexplored sexuality and an addiction I did not know I had. That would be downplaying the whole thing. I feel for the victims involved, they did not choose this. I chose to do terrible things. I share their anger, sadness, regret, frustration, confusion, and sense of betrayal when I look in the mirror. I know that these are feelings that we will live with forever. I offer my sincerest apologies to everyone- to the victims and their families for having to relive this and knowing that this happened to them. I also apologize to my family who I have let down and tarnished.

I'm thankful I was arrested because it stopped my behavior and enabled me to realize the hurt I was causing. While in therapy I learned I had an addiction and have been learning a lot about myself and about what led to my choices to view and distribute child pornography and to hurt the victims involved.

I realize that my teaching and coaching are now viewed in hindsight as a gross extension of a sexual interest in children. I cannot fault anyone who is disgusted with my career choices in light of my crimes here. I share their disgust with myself. But, it is also true that, for reasons having nothing to do with my crime, I earnestly loved teaching and coaching and saw myself pursuing it forever. I have rightly lost and forfeited all those opportunities and my dreams for professional life due to my selfishness.

I sadly betrayed my community. Now if they see me in public they will always associate me with what I have done. That is my burden to bear every time I step out of the house. Decades long friendships have evaporated and my actions have unfairly put a stigma on everyone who remains in contact with me – of which there are very few people.

I also let down my family. I see the suffering my family has gone through with all this. The added stress this has caused my mother with her health issues could have killed her and may have shortened her life. I am thankful that I was able to give her a kidney so that she can begin her physical healing process. The mental toll this has taken on everyone is one that may never be cured. Like my victims, my family may never truly heal. I wish I had used my family as more of a support before I committed my crime rather than unfairly leaning on them after I have already hurt so many others.

Having lost my father early in life, I'm terrified I may not see my mother or stepfather outside of prison again. If he were alive, I wonder what he would think of this and how it would affect our relationship. I worry this might have broken us. I let him down too. I'm glad he does not have to bear this weight.

I have been continuing to work on myself both in therapy in my 12-step addiction group and they have made a profound impact on my life. Therapy has been eye-opening as it has allowed me to become vulnerable and truly express how I feel. The feedback I get from my therapist as well as the other group members has helped a lot. I am able to speak freely and hear about those who have dealt with similar addictions and crimes and how they managed restarting in life after serving long prison sentences.

My 12 step group has helped show me that addiction comes in different forms and although addiction is something I will live with forever, I am not alone and that there are ways to manage it.

One of the steps in the program calls for making amends- while I will never be able to make direct amends to the victims and their families, I do want them to know that I am truly sorry. I am kept up at night hating myself for what I did to them and will live forever with guilt for the harm I have caused. I know it may fall on deaf ears, but I also want them to know that I am working on making sure this never happens to anyone ever again. While addiction does not define me, it will be a part of my life forever. I realize that my actions do not impact just me- they impact everyone involved- my family, the friends I had, and the victims and their families.

There is a quote from Othello where Iago says "I am not what I am" This resonates with me; I am not just what is written in my reports and what has happened. I am someone who has values, a strong work ethic and relishes his family. I see hope for myself in the future- I have a few careers in mind that will allow me and the community to be safe and be a productive member of society. I am committed to continuing with my therapy forever. Therapy will help keep me on the right path along with my family support group. Finding new people and positive connections in life will be hard, but I will make sure that I find people who genuinely have my best interest in mind and who can strengthen me in giving back someday to the community I've hurt.

While prison will be my reality and I am scared of that reality, it will not break me. I am determined to be a better person. I owe it to everyone involved to prove that I can and will change. This will be something that will rightly live in my head forever, reminding me of the addict within me and the pain and suffering I caused the victims and my family. It will be a driving factor in how I live my life going forward- using the negativity to help push me towards being a better person.

The day may never come when I can wake up and not have my thoughts encompassed by what I've done and the hardship it has caused and brought. But, I am committed to improving myself as a person so that someday my community can feel safe with me in it.

Sincerely

-Daniel Dasko

*[signature]*

9/12/2023