Dear Judge Lopez,

I am writing this letter because I understand the gravity of my brother's offence and I want nothing more than for him to get better and confront the consequences of his actions. I am also writing this letter because I want to give you an idea of who my brother is, the challenges he has faced, and the progress he stands to make.

I struggled socially for most of my youth, while my little brother, Daniel, was always an affable kid with a large group of friends. I remember being in my early teens, coming home from school one day, and being told by my mom that my Daniel had had a tough day at school. Something had happened that day where the other boys made him feel unwelcome and like an outsider. I was about 12 years old and he was around 8. I couldn't get much out of him about what had happened, and what little I did get from him was discussed as we played with Lego.

I didn't have many friends growing up, and once puberty took over, regulating my emotions and my undiagnosed depression became even more of a challenge. Although we frequently fought, Daniel was there for me when I would break down with homesickness at summer camp, or when we were away from our mother with our father (our parents separated when I was six and he was two). Daniel was always there for me. While he would rarely share his feelings, he was always there as a stabilizing force.

Our father died when Daniel was 15. Dan and I did not have the best relationships with our father, who was an emotionally challenging person. At best, he could pleasant and fun, but at his worst he was a man who made what should have been normal activities like learning sports, or doing homework to be nightmarish screaming sessions that made us anxious, frightened, and left issues we are still working on with therapists to this day.  Dad mostly ignored my brother, which left its own unique marks on him.

I recall a memory from the time of our father's unveiling (a Jewish funeral tradition). After the service, our father's cousin took my mother, brother and myself for lunch.  Coincidentally, our servers were two women from my college dorm. I was greeted with hugs and smiles.  I remember my brother saying to our mom that he was relieved that I finally had friends.

In the summers between college years I would work at a child's play center in Carlsbad, and volunteered at the Rancho Coastal Humane Society. I still do work with animal rescues as well therapy dogs in senior's homes and hospitals. People often complimented both Daniel and I on being wonderful with children and animals.

I went to visit Dan in his first year of college, when he was living in an apartment-style dorm. I remember the contrast between him and his roommates. He couldn't connect with them, and it was odd for me to see the tables turned like this. Daniel, it seemed had missed a personal growth milestone somewhere along the way.

Daniel is stubborn. If I want my brother to try something new or take part in something that I

think he will enjoy, I have to meet him on his own terms, and let him slowly come into whatever I am trying to sell him on.

Daniel later joined a fraternity. He was drawn towards and saw his fraternity brothers as an extension of the liberal Jewish California identity he had grown into. Daniel made some friends there, but ever since he left high school, he seemed like much more of an outsider than his younger self.

He still didn't really let people in on what was going on inside. I could get him to open up a bit if we worked together and kept our hands busy with a model kit like the one of a working engine (I work in the automotive industry) he brought up with him when he visited me a few years ago in Toronto.

About five years ago I started to wonder if he was part of the one percent of Americans who are asexual. I think he was really struggling at this point with the fact that he wasn't heterosexual, and rather than trying to understand that in a healthy way, he just buried all the confusion and questions he had of himself.

I think he went online and tried to explore his urges and feelings, he found some people who met him on his own terms. He felt welcomed and accepted, so he followed their lead.

When Daniel was arrested In July of 2022 it took him several days to call home. When he did, the first thing he said to our mother was that he wanted "to get better".

Early on in this process I decided that I would do everything I could for my brother and family in this journey on the condition that Daniel did everything he could to get better. As long as he worked his hardest in treatment, I would go to bat for him to make sure he got the space he needed in between therapy sessions to try and process everything he had done and how he could go about making things right, so that he never hurt anyone in the same way again.

To my delight, Daniel finally started opening up to me in April of this year. I no longer have to push or lead him to try new things or ideas. With the help of Daniel's therapist, my mother, Dan, and, I have been able to have more open discussions, with my mother and I. He has been able to come-out to us as somebody who is unsure of what sort of adults he is attracted to, but acknowledges there is an attraction to adults. He is open about his sexual addiction, compulsions and what he is doing to combat them including the work he does in his groups, alone, and with therapists. We are able to discuss treatment options including medications Daniel understands the gravity of what he has done, and we both know that a long road of work and recovery lies ahead of him.

I wish that Daniel had come to me when he first found himself tempted to take advantage of his positions of power as a teacher and coach. I wish he had spoken to me about the temptations he felt. I would have done everything possible to get him help, but unfortunately, he didn't. I understand that he felt shame and guilt, and that he was battling an addiction and

compulsions that he tried and failed to suppress. Now, Daniel has to live with the consequences of his actions.

Daniel and I now speak on daily basis. He has shown me the manuals he works from in counselling and therapy, and we discuss his treatment and the progress he is making. We also discuss his goals for his time in prison, which includes: working as a tutor helping those completing their GED, completing further post-secondary studies so as to maximize his employment opportunities while expanding his mind; and completing the Non-Residential Sex Offender Treatment Program to help overcome this so he can move on with his life.

We have spent hours looking at various SOMP facilities and their programs. He has spoken at length with people in his therapy group about these programs because he is committed to getting the most out of their programs.

The treatment programs he has been a part of over the past year have been tremendously effective and have given my brother a future. While the road ahead is a long one that I am sure will have its ups and downs, I know that Daniel is prepared to face his challenges head on, and he will have his family's full support as he does so.

Thank you for your time and consideration,

Nick Dasko