Dear Judge Lopez,

It is difficult for a mother to write unemotionally about a son who has saved her life. What Daniel did when he donated a kidney was in character for him and his generous heart. The donation was never in question. It was always, "What do I need to do?" and "When can we do it?"

Daniel has always been empathetic, thoughtful and committed to helping others. Once the transplant was completed, he made sure the kitchen was safe for me, sorting through cabinets to get rid of anything that was expired and could be dangerous for an immunocompromised person. He continues to wear a mask to any group sessions he attends so no germs come home with him.

But this empathy first emerged when he was a young child. He saw a homeless man in a park near our home in Toronto and asked where he lived. When I explained, he asked if he could stay at our house on a couch. He was concerned that the man would be cold at night and wanted to do something. And while the man couldn't come home with us, we donated to a local shelter.

His commitment to volunteering was another way he demonstrated his support to organizations and the broader community. During college, he led fundraising events for the American Cancer Society as well as local Sonoma non-profits. His hockey coaching was never something he was paid for.

During the pandemic, I was looking for an outlet that I could explore while stuck in the house. I tried painting. Daniel decided that I needed encouragement, so he went with me to the art supply store and bought acrylics, canvases and pastels for me. Every time he came over, he'd ask what I was working on and how it was going. His loving support got me going in an activity I had never tried before.

Daniel's outlet was baking. We were the tasting panel for a variety of pies, cakes and desserts that he created both during and post-pandemic as a creative activity. He was surprised that he enjoyed the baking as much as the eating.

Learning something new can be challenging, but if Dan was teaching you, he has a tremendous amount of patience. There is no judgment, no criticism, no eyerolls. He is generous with his time and knowledge, whether it's about technology or a new car's infotainment system. His patience with my husband (a non-techie) over the years, and the progress that was made always amazed me. And while his training at BMW provided the expertise, Dan's strength is in putting complex things into easy-to-understand bites so you feel accomplished in a short time.

But it wasn't just technology. When we would go for walks, I'd learn about insects, birds and lizards. His ability to share knowledge as part of the conversation, never a lecture, make it more fun. Daniel's time at The Helen Woodward Animal Center taught him the importance of animal-people connections, humane care and why this needs to be taught from an early age. He continues to share this with others.

His ability to share and his warm, supportive nature made his friendships stronger. He's always had groups of friends that were there for each other, from elementary school to high school to college. During one summer break, his friends from northern California decided to road trip to visit him, gathering kids along the way south. They spent the weekend hanging out at the house, just happy to all be together.

Daniel's curiosity about the world led to his choosing global studies as a major in college. He was able to incorporate courses in the Holocaust and genocide with those in democracy and Jewish studies. The summer between his junior and senior year he was in Paris, as a study abroad internship was required in his program. He was fortunate in being able to work at the non-profit run by humanitarian photographer Reza, where he coordinated events to support refugees.

Honesty has always been part of Daniel's character. Even as a teenager, he did not hide behind half-truths, even when quizzed about school or where he was going. He has always admitted when he was wrong and taken responsibility for his actions.

Where Dan has fallen short is in thinking he can handle every problem himself and in not getting the help and support he needs soon enough. He has seen the outcome of going this route. What he has learned from the support programs, and particularly his individual therapist, is that people and expertise can help. Dan has made a commitment to work to affect change in himself. He has not only participated in his group and individual therapies – both verbally and in written assignments - but also added two more therapy sessions per month to get additional support. And, he has become closer and more open with his brother, leaning on him for support and strength.

When Daniel makes a commitment to something or someone, he sees it through. When he decided he wanted to learn to skate and play hockey at 20, he found a coach and worked at it for years to become proficient. Once he had the skills, he decided to share them and his love of the sport by coaching.

His commitment now is to himself. He is focused on growth, making change and becoming stronger in his knowledge of himself. I fully expect that with continued treatment, support and his growing strength, he will do that.

Sincerely,

Elyse Dasko