

May 1, 2023

McKenzie Scott PC
1350 Columbia St, Suite 600
San Diego, CA 92

Mrs. Scott:

The following is written to discuss the course of treatment in the case of your client and my patient, Mr. Daniel Dasko. He began treatment at Intrapsychic on 9/13/2022 and has completed 23 weekly individual sessions and 31 weekly group sessions, under my care at Intrapsychic (under the supervision of Dr. Reavis).

In short, Mr. Dasko is a patient in good standing and has used his time in treatment well; he accepted responsibility for his offense behavior, demonstrated emotional sensitivity toward the persons he hurt, engaged in general group discussion, completed written assignments, and provided his peers with feedback on their work.

Thank you for allowing me to work with this gentleman. Should you desire further information please do not hesitate to contact me.

Sincerely,

*Jessica Belfy*

Jessica Belfy, Ph.D.
Registered Psychology Associate (PSB94027099)

---

**James A. Reavis, Psy.D.**
Director, Intrapsychic

Offense-specific Treatment
Forensic Evaluation
Consultation
PPG

☎ 619.234.7970
☎ 619.584.4829
✉ reavis@jamesreavis.com
📍 1333 Camino Del Rio South #105 San Diego, CA 92108
📍 380 S. Melrose Drive, Suite 106 Vista, CA 92081

1333 CAMINO DEL RIO SOUTH • SUITE 105 • SAN DIEGO, CA 92108 • TEL 619.234.7970 • FAX 619.584.4829