**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:      tscott@mckenziescott.com
               mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br>    Defendant. | Case No. 3:22-cr-1715-LL<br><br>**DEFENDANT'S SENTENCING SUMMARY CHART** |

    Daniel Dasko, by and through counsel, hereby submits the following sentencing summary chart.

    Dated: September 12, 2023        */s/ Marcus S. Bourassa*
                                                     Marcus S. Bourassa
                                                     McKenzie Scott PC
                                                     Attorneys for Daniel Dasko

/ /
/ /
/ /
/ /
/ /

DEFENDANT'S SENTENCING SUMMARY CHART

| | |
|---|---|
| Defendant's Name: <u>Daniel Dasko</u> | Docket No. <u>22-cr-1715-LL</u> |
| Attorney's Name: <u>Marcus Bourassa</u> | Phone No. <u>619-352-0586</u> |
| Guideline Manual Used: <u>Nov. 2021</u> | Agree with USPO Calc: <u>No</u> |

Base Offense Level: <u>§ 2G2.2(c)(1) (cross-referencing § 2G2.1(a))</u>   <u>32</u> .

Specific Offense Characteristics:

<u>  Involved minor between 12 and 16 years old (§ 2G2.1(b)(1)(B))  </u>   <u>+2</u> .
<u>                   Involved knowing distribution (§ 2G2.1(b)(3))  </u>   <u>+2</u> .
<u>                   Computer used for possession (2G2.2(b)(6))    </u>   <u>+2</u> .

Adjusted Offense Level:   <u>38</u> .

__ Multiple Counts   ___ Career Off.   ____ Armed Career Crim.

Adjustment for Acceptance of Responsibility:   <u>-3</u> .

Offense Level Before Departures and Variances:   <u>35</u> .

Criminal History Score:   <u>0</u> .
Criminal History Category:   <u>I</u> .

Guideline Range:   from <u>168</u> months
                   to <u>210</u> months

Departures/Variances:

<u>*Kimbrough* variance and difference from paradigmatic production  </u>   <u>-2 to -6</u> .
<u>                                     Expeditious resolution       </u>   <u>-2</u> .
<u>    Dasko more akin to Conspiracy or Attempt under § 2X1.1(b)     </u>   <u>-2</u> .
<u>              Mental Health and post-offense rehabilitation       </u>   <u>-2</u> .

Final Offense Level:   <u>23 to 27</u>.

Final Guideline Range:   from <u>60</u>[1] months
                         to <u>87</u> months

Recommended Sentence:

**84 months (7 years) in prison followed by a lengthy term of supervision.**

---

[1] The low-end, as proposed, would be 46 months; however, there is a 5-year mandatory minimum.