**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:     tscott@mckenziescott.com
           mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | Case No. 3:22-cr-1715-LL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| vs. | ) | **LEAVE TO EXCEED 25 PAGES** |
| | ) | |
| Daniel Dasko, | ) | |
| Defendant. | ) | |

   The Local Rules do not appear to contain an express page limitation upon sentencing memoranda. In an abundance of caution, counsel submits this application for leave to exceed 25 pages in the contemporaneously filed sentencing memorandum on the assumption its length would ordinarily be governed by the rule controlling the length of briefs in support or opposition to motions. L.R. 47.1(e).

   The Government and Probation are requesting a sentence near the statutory maximum of twenty years. Alongside frequently addressed matters, it must address a variety of considerations unique to the rarely applied, but nonetheless applicable, guidelines for production of child pornography and unique considerations in such cases.

   Counsel has endeavored in good faith to confine the sentencing memorandum to 25 pages. The substance of the brief is 29 pages, as drafted. Accordingly, the defense requests leave to exceed 25 pages.

1
2   Dated: September 12, 2023        */s/ Marcus S. Bourassa*
3                                    Marcus S. Bourassa
                                     McKenzie Scott PC
4                                    Attorneys for Daniel Dasko
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28