**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:    tscott@mckenziescott.com
          mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br>　　Defendant. | Case No. 3:22-cr-1715-LL<br><br>**ADDITIONAL SENTENCING LETTERS** |

While filing Mr. Dasko's sentencing documents last night, counsel inadvertently omitted two supporting sentencing letters from Mr. Dasko's stepfather and relatives. Omitting Mr. Dasko's own letter but including these, counsel has submitted a total of five letters in support of Mr. Dasko's sentencing position.

Counsel apologizes.

Dated: September 13, 2023          */s/ Marcus S. Bourassa*
                                   Marcus S. Bourassa
                                   McKenzie Scott PC
                                   Attorneys for Daniel Dasko