Dear Judge Linda Lopez: August 24, 2023

We are writing this letter on behalf of our nephew Daniel Dasko. While we recognize the seriousness of his crime and are personally shocked and saddened that he could be involved in such a thing, we also are there to support him to the extent we can while he works his way through his punishment. Do we understand how we got here, writing this letter, absolutely not.

When we think of Daniel which his often, our experience with him has revealed a shy, quiet and kind individual. He has always been thoughtful without saying the wrong thing or doing anything that is hurtful. Daniel has always been one to try to please people, certainly his family. When his father was ill and dying, Daniel was always present. He stood/sat by his side and never had an unkind thought or word that he shared despite the fact that they did not have a typical father-son bond. We think that the lack of the traditional father son relationship contributed to Daniel being somewhat introverted and what appeared to be somewhat fearful of older men.

When his mother realized her battle with kidney disease would require a transplant, she looked to her son to see if he was a match. This was a huge ask but Daniel was there.
He didn't flinch or think about how this could impact his life or his health, he gladly gave his mother a much needed kidney. He never thought twice. He was always one to do the right thing.

Daniel clearly had secrets and thoughts that he knew would not be accepted. He controlled those thoughts for the most part. He lost that control and committed a very serious crime. He knows he must make amends and take steps to suppress any illicit thoughts or behavior and he is doing that now. Unfortunately harm was done and he is working hard to understand and make changes in his life.

He is doing well and making a huge effort to be the person we all know him to be.
He is at a crucial point in healing and turning his life around.

Thank you for taking the time to read this letter and to consider our thoughts.

Sincerely

*Ronda Abrams*
Ronda Abrams

*Lawrence G. Magill*
Lawrence G. Magill