Dear Judge Lopez:

I am a retired civil attorney who began his legal career as a misdemeanor prosecutor in the San Diego City Attorney's Office. I married Dan's mother 17 years ago and now find myself the stepfather of a confessed felon facing a lengthy prison sentence. I address this letter to you in an attempt to argue some mitigating factors in your deliberation over Dan's sentence:

The first thing that comes to mind is his generosity. It was not so much that he gave his own kidney to save his mother's life but that he did it so readily, with so little concern for the risks to his own long-term health. Nor was there ever a calculation of how the act would influence his prospective sentence. He did it solely because his mother needed it and he deeply loves his mother.

Coupled with Dan's generosity is an overall gentleness. He has little or none of the aggressiveness and bullying traits that characterize so many men of his age. I worry about how he will fare in prison due to this softness.

But by far the most important mitigating factor is his unlikeliness to reoffend. I believe that during the pandemic, his social isolation nudged him down a rabbit hole in which he found the opportunities to explore the illness that a daily life of teaching and coaching actually prevented him from pursuing. Obviously this is a thesis that his counselors and psychological evaluators can discuss far better than I, but Dan has lived with us ever since his first release from jail and I have seen a growing understanding that he made a horrible mistake by allowing his illness to direct his life rather than he taking control of it. With the love of his mother, brother and extended family, the financial boost that his late father's inheritance gives him and his determination to salvage his life post-incarceration, I think Dan will remake his life upon release from prison, will never again interact with the criminal justice system and will benefit as much from a short sentence than anyone similarly situated you may have to sentence.

Thank you for taking the time to read and consider this letter.

Sincerely,

Richard A. Ostrow, Cal. State Bar # 169734