1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR1715-LL |
|---|---|
| Plaintiff, | RESTITUTION ORDER |
| vs. | |
| DANIEL ZACHARY DASKO, | |
| Defendant. | |

**IT IS HEREBY ORDERED**

1.  Pursuant to 18 U.S.C. § 2259 and 18 U.S.C. § 3663A that Defendant Daniel Zachary Dasko (hereinafter "Defendant") shall pay restitution in the total amount of **$4,000** to the minor victim as he is a victim pursuant to Defendant's conviction for violating 18 U.S.C. § 2252(a)(2).

2.  Restitution is due FORTHWITH. Defendant is ordered to make full payment within two weeks from the date of the sentencing hearing.

3.  Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

    Clerk of the Court
    United States District Court
    Southern District of California

333 West Broadway, Suite 420

San Diego, CA 92101

4. This order does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(l)(A).

DATED: 9/19/2023



_____
HONORABLE LINDA LOPEZ
United States District Judge