**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
MCKENZIE SCOTT PC
1350 Columbia St, Suite 600
San Diego, CA 92101
Email: tscott@mckenziescott.com
          mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Daniel Dasko,<br><br>    Defendant. | Case No.: 3:22-cr-1715-LL<br><br>Declaration In Support of Defendant's Emergency Motion to Extend Self-Surrender Date |

I, Marcus S. Bourassa, declare under penalty of perjury as follows:

1. I am counsel for defendant Daniel Dasko in this matter who prepared his sentencing memorandum.

2. I make this declaration based upon my own personal knowledge and from conversations and correspondence with those knowledgeable of the underlying facts.

3. I make this declaration to conserve judicial economy and to facilitate discussion of a breadth of materials without intending any waiver of attorney-

1

client privilege, waiving confidentiality, or rendering myself a witness in Mr. Dasko's case.

4. Insofar as any dispute should arise as to the substance of this filing and attendant exhibits or appendices, I request this declaration be stricken and that I be given time and opportunity to present the same or similar evidence by other means.

5. In the accompanying memorandum describing the sentencing hearing, I have done my best to recount the circumstances surrounding the Court's self-surrender decision from memory.

6. Soon after the Court issued its initial judgment, I emailed the courtroom deputy about the apparent inadvertent omission of expedited designation and SOMP recommendations. Government counsel replied that I was correct about the oversights and that they would reach out to see if anything could be done to expedite Mr. Dasko's designation.

7. Mr. Dasko has begun the process of registering as a sex offender. He attempted to pay both the special assessment and restitution on the same day as sentencing, but was unable to do so right away because the Clerk's office was awaiting the paperwork from Court. He has since paid both such that he has no outstanding balance with the Court.

8. I have attempted to call BOP's designation office in Texas. Their phone system only routes non-law-enforcement calls to check the BOP inmate locator online and indicates that if there is no designation listed there, then it has not been done yet. In the past, I have never succeeded in getting information from that office, but I understand that AUSAs on cases have been successful in getting information. The phone system asks if you are calling from law enforcement or a prosecutor's office and routes those calls differently.

9. I have emailed the prosecutors on this case twice seeking information about their interactions with BOP. The prosecution has not confirmed whether or how they have contacted the designation office or attempted to assist in expediting Mr. Dasko's designation. The prosecutors on this matter inform me only that they have not received "any additional information from the BOP."

10. The magistrate judges in this matter consistently trailed Mr. Dasko's hearings to occur after all other, in-custody, matters had been heard. Sometimes this was done at defense request and I am unsure if they would have otherwise. Other times, the magistrate arranged a separate calendar or trailed Mr. Dasko's matter sua sponte. My understanding, based upon past experience and experience in this case, is that these measures were all taken because the court staff and judges understand that, if in-custody detainees learn that another person is charged with a crime involving exploitation of a child, the defendant's physical safety may be jeopardized.

11. I do not believe that the Government disputes that there is at least some physical safety risk associated with being an inmate charged with or convicted of an offense involving the sexual exploitation of a child.

12. I have been in contact with the Probation Department and U.S. Marshals. Neither has indicated any reason Mr. Dasko's designation would be delayed by paperwork. The U.S. Marshal's staff inform me that their electronic tracking systems indicate that BOP has all the attendant paperwork from Mr. Dasko's case to make a designation decision.

//
//
//
//
//

I declare the foregoing to be true and correct under penalty of perjury of the laws of the United States, this 30th day of September, 2023, in San Diego, California.

*/s/ Marcus Bourassa*

**MARCUS S. BOURASSA**
MCKENZIE SCOTT PC
Attorneys for Daniel Dasko