**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
email:  tscott@mckenziescott.com
            mbourassa@mckenziescott.com

Attorneys for Daniel Dasko

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 3:22-cr-1715-LL |
| Plaintiff, | **MOTION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| Daniel Dasko, | |
| Defendant. | |

Daniel Dasko, by and through his counsel, seeks an order modifying his conditions of release to permit travel to FCI LOMPOC, the Bureau of Prisons facility to which he was designated, for the purposes of self-surrender. LOMPOC is located in the Central District of California. Mr. Dasko received his designation on October 4, 2023. He plans to travel to LOMPOC accompanied by Nicholas Dasko, his brother, in order to surrender himself into B.O.P. custody. The Court has ordered him to do so within 48 hours of designation.

For the foregoing reasons, Mr. Dasko respectfully moves this Court for an order modifying his conditions of release to permit travel to LOMPOC.

Mr. Dasko will confirm the designation with pretrial services, share his travel arrangements with pretrial services and continue to wear his ankle monitor in transit, to be removed by Nicholas Dasko, in the presence of the Bureau of Prisons staff at LOMPOC. Pretrial Services requested that Elyse Dasko accompany Mr. Dasko on this travel, but Ms. Dasko is unavailable on such short

notice. Defense has informed Pretrial Services of this and reached out for an updated position but is still awaiting a response at the time of this filing. Defense counsel has reached out to the prosecution for their position and is still awaiting a response.

Dated: October 4, 2023                    <u>*/s/ Marcus S. Bourassa*</u>
                                                   MARCUS S. BOURASSA
                                                   McKENZIE SCOTT PC
                                                   Attorney for Daniel Dasko