TARA K. MCGRATH
United States Attorney
AMANDA L. GRIFFITH
Assistant United States Attorney
California Bar No. 243854
ANDREW SHERWOOD
Assistant United States Attorney
California Bar No. 342419
New York Bar No. 4518106
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8970/9690
Email: mandy.griffith@usdoj.gov
       Andrew.sherwood@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DANIEL ZACAHRY DASKO, <br> Defendant. | Case No. 22cr1715-LL <br><br> MOTION OF THE UNITED STATES FOR AN AMENDED ORDER OF CRIMINAL FORFEITURE |

COMES NOW Plaintiff, the United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Amanda L. Griffith, Assistant United States Attorney, and respectfully submits the United States Government's Motion for an Amended Order of Criminal Forfeiture. In support thereof, the United States sets forth the following:

1. On May 17, 2023, following Defendant's conviction of Count 1 of the Indictment, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of DANIEL ZACAHRY DASKO ("Defendant") in the following properties pursuant to 18 U.S.C. § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
2. One (1) Black iPhone 11 with a Blue Case;
3. One (1) Seagate HDD, Model #: ST305004EXA101;
4. One (1) Apple MacBook Air; and

2. For thirty (30) consecutive days ending on June 22, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

3. There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

4. Thirty (30) days have passed following the final date of notice by publication no third party has made a claim to or declared any interest in the forfeited properties described above.

WHEREFORE, the United States respectfully requests:

1. That this Court enter an Amended Order of Criminal Forfeiture pursuant to Title 18, United States Code, Section 2253, condemning and forfeiting to the United States of America all right, title, and interest of DANIEL ZACHARY DASKO and any and all third parties in:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses of conviction, including:

    1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
    2. One (1) Black iPhone 11 with a Blue Case;
    3. One (1) Seagate HDD, Model #: ST305004EXA101; and
    4. One (1) Apple MacBook Air.

2. That costs incurred by the Federal Bureau of Investigation, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties; and

3. That the Court order the Federal Bureau of Investigation to dispose of the properties forthwith in accordance with the law.

DATED: October 20, 2023.

                Respectfully submitted,

                TARA K. MCGRATH
                United States Attorney

                s/ *Amanda L. Griffith*
                AMANDA L. GRIFFITH
                Assistant United States Attorney

                Attorneys for Plaintiff
                United States of America

Attachment: Declaration of AUSA Amanda L. Griffith