TARA K. MCGRATH
United States Attorney
AMANDA L. GRIFFITH
Assistant United States Attorney
California Bar No. 243854
ANDREW SHERWOOD
Assistant United States Attorney
California Bar No. 342419
New York Bar No. 4518106
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8970/9690
Email: mandy.griffith@usdoj.gov
　　　　Andrew.sherwood@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ZACAHRY DASKO,<br><br>　　　　Defendant. | Case No. 22cr1715-LL<br><br>DECLARATION OF AUSA<br>AMANDA L. GRIFFITH |

I, Amanda Griffith, declare:

I am an Assistant U.S. Attorney for the Southern District of California and am representing the United States in the above case.

1.　On May 17, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DANIEL ZACAHRY DASKO ("Defendant") in the following properties, pursuant to 18 U.S.C. § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

      1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
      2. One (1) Black iPhone 11 with a Blue Case;
      3. One (1) Seagate HDD, Model #: ST305004EXA101;
      4. One (1) Apple MacBook Air; and

2. For thirty (30) consecutive days ending on June 22, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

3. There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

4. Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2023.

                      s/ *Amanda L. Griffith*
                      AMANDA L. GRIFFITH
                      Assistant U.S. Attorney