UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL ZACAHRY DASKO,<br><br>  Defendant. | Case No.  22cr1715-LL<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On May 17, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DANIEL ZACAHRY DASKO ("Defendant") in the following properties, pursuant to 18 U.S.C. § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses for which Defendant was found guilty, including:

1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
2. One (1) Black iPhone 11 with a Blue Case;
3. One (1) Seagate HDD, Model #: ST305004EXA101;
4. One (1) Apple MacBook Air; and

For thirty (30) consecutive days ending on June 22, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order

and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of Defendant's conviction on Count 1 of the Indictment and based upon the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of DANIEL ZACAHRY DASKO and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America pursuant to Title 18, United States Code, Section § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

1. All images of child pornography, as defined in Title 18, United States Code, Section 2256; and
2. One (1) Black iPhone 11 with a Blue Case;
3. One (1) Seagate HDD, Model #: ST305004EXA101; and
4. One (1) Apple MacBook Air.

IT IS FURTHER ORDERED that costs incurred by the Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

DATED: 10/20/2023

_____
Hon. Linda Lopez
United States District Court Judge