TARA K. MCGRATH
United States Attorney
AMANDA L. GRIFFITH
Assistant U.S. Attorney
California State Bar No. 243854
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-8970
Email: mandy.griffith@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR1715-LL |
| Plaintiff, | MOTION TO CLARIFY THE RESTITUTION JUDGMENT BY IDENTIFYING THE VICTIM WHO IS OWED RESTITUTION |
| v. | |
| DANIEL ZACHARY DASKO, | |
| Defendant. | |

Plaintiff, the United States of America, through its counsel, Tara K. McGrath, United States Attorney, and Amanda L. Griffith, Assistant United States Attorney, hereby requests that the Court clarify the restitution judgment by identifying the victim who is owed restitution.

I

STATEMENT OF FACTS

On April 11, 2023, Defendant Daniel Zachary Dasko ("Defendant") pled guilty to distribution of images of minors engaged in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252(a)(2). ECF 66. Pursuant to the plea agreement, Defendant agreed to pay

1 restitution owed to the victims of the crime he committed. ECF 65.  In support of the

2 restitution owed, the parties entered into an agreement which is memorialized in the

3 restitution order filed in this case.  ECF 88.

4      On September 19, 2023, this Court sentenced Defendant to 188 months in custody

5 and ordered that Defendant pay restitution in the amount of $4000.  ECF 90.  The judgment

6 does not name the victim who is owed the restitution.

7                                                    II

8                                            ARGUMENT

9      A "district court retain[s] the power to enforce the order of restitution."

10 *United States v. Carter*, 742 F.3d 440, 445 (9th Cir. 2014).  "In executing that enforcement,

11 the court must make determinations of amounts paid and amounts owed."  *Id.*  Thus, the

12 district court has the power to "calculate credits, payments, and the balance owing, if any."

13 *Id.*

14      While the parties agreed that restitution is owed to the minor victim, the judgment

15 does not identify his name.  Consequently, the Clerk's Office cannot disburse the restitution

16 payments to the minor victim.  Pursuant to 18 U.S.C. § 2259(c)(4), a parent of the minor

17 victim can assume the rights of the minor victim for restitution. Therefore, the Government

18 requests that the Court enforce its restitution order by identifying J.B. as the parent of the

19 minor victim so that the Clerk's Office can disburse the restitution payments received in

20 this case.  The United States Attorney's Office will provide the parent's full name and

21 address to the Clerk's Office so the disbursement can be made.

22                                                   III

23                                         CONCLUSION

24      Based upon the foregoing, the Government respectfully requests that the Court

25 clarify the restitution judgment by ordering that restitution be paid to J.B., as the parent of

26 the minor victim.

27 //

28 //

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: November 20, 2023

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*Amanda L. Griffith*
AMANDA L. GRIFFITH
Assistant United States Attorney

2