# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ZACHARY DASKO,<br><br>Defendant. | Case No.: 22CR1715-LL<br><br>**ORDER** |

On September 19, 2023, this Court ordered that Defendant pay restitution in the amount of $4,000. IT IS HEREBY ORDERED that the restitution be paid, through the Clerk of Court, to J.B., the parent of the minor victim.

DATED: 11/21/2023

_____
HONORABLE LINDA LOPEZ
United States District Judge